No. 00–9898.  HOWARD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–9899.  HALL v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–9900.  HAMMOND v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–9902.  MCGAUGH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 00–9909.  BAUTISTA v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 00–9910.  RUSSEY v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 00–9912.  HAVEN v. SCHUETTE ET AL.  C. A. 9th Cir. Certiorari denied.

No. 00–9913.  INGLE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–9914.  GREEN v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 00–9916.  GALINDO v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–9918.  GONZALEZ ET VIR v. CITY OF BAKERSFIELD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–9920.  GRIFFIN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 00–9925.  HITCH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.